```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 27557
   DUANE MAURICE JONES
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1021


---------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 10/14/2008 and was not confirmed.

      The case was dismissed without confirmation 11/17/2008.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
GREEN TREE SERVICING LLC CURRENT MORTG          .00           .00            .00
WAMU                     CURRENT MORTG          .00           .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED          3346.31           .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED        NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE NOTICE ONLY      NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED           .00            .00
COMMONWEALTH EDISON      NOTICE ONLY       NOT FILED           .00            .00
CITY OF CHICAGO WATER DE UNSECURED         NOT FILED           .00            .00
CITY OF CHICAGO WATER DE UNSECURED         NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED         NOT FILED           .00            .00
CHICAGO DEPT OF REVENUE  UNSECURED           4100.00           .00            .00
CAVALRY PORTFOLIO SERVIC UNSECURED            741.27           .00            .00
GREEN TREE SERVICING LLC MORTGAGE NOTI    NOT FILED           .00            .00
GREEN TREE SERVICING LLC SECURED NOT I      3466.83           .00            .00
JP MORGAN CHASE          MORTGAGE NOTI    NOT FILED           .00            .00
JP MORGAN CHASE          CURRENT MORTG          .00           .00            .00
JP MORGAN CHASE          SECURED NOT I     31078.55           .00            .00
PRO SE DEBTOR            DEBTOR ATTY            .00                          .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        ---------------    ---------------

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 27557 DUANE MAURICE JONES
```

TOTALS                                          .00                    .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/11/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```